| | |
|---|---|
| 1  Peter B. Schlueter (State Bar Number 155880)<br>   SCHLUETER LAW FIRM, PC<br>2  1916 Orange Tree Lane, Suite 450-G<br>   Redlands, CA 92374<br>3  Telephone: (909) 381-4888<br>   Facsimile: (909) 281-9238<br>4  E-Mail: peterinla@aol.com | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>IT IS SO ORDERED<br><br>11/2/16<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____SR____ DEPUTY |

5   Attorney for Plaintiff: Loring Winn Williams

6   LAURA L. CRANE, Bar No. 238246
    Deputy County Counsel
7   JEAN-RENE BASLE, Bar No. 134107
    County Counsel
8   Office of County Counsel
    385 North Arrowhead Avenue, Fourth Floor
9   San Bernardino, California 92415
    Telephone: (909) 387-5449
10  Facsimile: (909) 387-4069
    E-Mail: laura.crane@cc.sbcounty.gov

JS-6  *[signature: John F. Walter]*

Attorneys for Defendants County of San Bernardino, City of Chino Hills, and Gabriel Perez (erroneously named as Gabrial Perez)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORING WINN WILLIAMS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE COUNTY OF SAN BERNARDINO, a municipality, THE CITY OF CHINO HILLS, a municipality, GABRIEL PEREZ, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. EDCV 16-889-JFW (SPx)<br>Hon. Judge John F. Walter<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc., Rule 41(a)(1)(A)(ii)] |

STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff Loring Winn Williams, and defendants County of San Bernardino, the City of Chino Hills, and Gabriel Perez, by and through their counsel of record, hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the entire action shall be dismissed, with prejudice. Each party shall bear their own costs and fees.

**SO STIPULATED.**

Dated: October 25, 2016                SCHLUETER LAW FIRM, PC

By: /s/ Peter Schlueter
PETER SCHLUETER
Attorney for Plaintiff
Loring Winn Williams

Dated: October 25, 2016                JEAN-RENE BASLE
County Counsel

By: /s/ Laura L. Crane
LAURA L. CRANE
Deputy County Counsel
Attorneys for Defendants
County of San Bernardino, City of Chino Hills, and Gabriel Perez